UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
XIU FANG WANG, et al.,

               Plaintiff,                        **ECF CASE**

      v.

                                           07 Civ. 8180 (JGK)

ANDREA QUARANTILLO, et al.

               Defendants.                  NOTICE OF APPEARANCE
------------------------------------------------------------ x

TO:    Clerk of Court
         United States District Court
         Southern District of New York

      The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:  New York, New York
         October 16, 2007

                                                  Respectfully submitted,

                                                  MICHAEL J. GARCIA
                                                  United States Attorney for the
                                                  Southern District of New York

                                     By:   /s/_____
                                                  DAVID BOBER
                                                  Assistant United States Attorney
                                                  86 Chambers Street, 3rd Floor
                                                  New York, New York 10007
                                                  Telephone: (212) 637-2718
                                                  Facsimile: (212) 637-2786
                                                  Email: david.bober@usdoj.gov

To:    Margaret Wong
         3150 Chester Ave.
         Cleveland, OH 44114