ORIGINAL

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: DAVID BOBER,
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, NY 10007
Tel. No.: (212) 637-2718

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/6/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
XIU FANG WANG, et al.,                            :

                       Plaintiffs,       :       STIPULATION AND
                                       ORDER OF DISMISSAL

                 - v. -                                  :

                                           07 Civ. 8180 (JGK)

ANDREA QUARANTILLO, et al.,                       :

                       Defendants.       :
-----------------------------------------------------------x

IT IS STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the above-captioned action be, and hereby is, dismissed as moot, without costs or attorney's fees to any party.

Dated: New York, New York
       October 22, 2007

MARGARET W. WONG &
ASSOCS.
Attorneys for Plaintiff

By: _____
Margaret W. Wong
3150 Chester Ave.
Cleveland, OH 44114
Tel. No.: (216) 566-9908

Dated:  New York, New York
        October 17, 2007

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendants

By: _____
DAVID BOBER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, NY 10007
Tel. No.: (212) 637-2718

SO ORDERED:

_____
HON. JOHN G. KOELTL
United States District Judge

10/24/07